CLARK SEEGMILLER. ESQ.
Nevada Bar No. 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
T: 702.444.4444
F: 702.444.4455
E: Clark@RichardHarrisLaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| KIM RENEE BRUMMER | 2:22-cv-00933-JAD-EJY |
| Plaintiff, | |
| vs. | **Order Dismissing and Closing Case** |
| BIOTRONIK, INC.; ROE "DISTRIBUTOR" CORPORATION 1; DOES 1-20, INCLUSIVE, and ROE CORPORATIONS 2-20, INCLUSIVE, | ECF Nos. 6, 8 |
| Defendants. | |

In light of the plaintiff's Notice of Voluntary Dismissal [ECF No. 8], IT IS ORDERED that **this action is DISMISSED** with prejudice, each side to bear its own fees and costs. The Motion to Dismiss **[ECF No. 6] is DENIED as moot.** The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 5, 2022